# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 18-13975-ELF

ALICIA  CANALES
JOSE  CANALES
7313 CHESTNUT STREET

ELKINS PARK, PA 19027

        Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

ALICIA  CANALES
JOSE  CANALES
7313 CHESTNUT STREET

ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

ALAN D BUDMAN
1150 OLD YORK RD
2ND FLOOR
ABINGTON, PA 19001

                                        /S/ William C. Miller

Date: 8/13/2019                          _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee