UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :        Chapter 13

JOSE CANALES and                             :
ALICIA CANALES                               :

            Debtors                          :        Bky No.: 18-13975ELF

**MOTION OF DEBTORS FOR RECONSIDERATION
OF ORDER DISMISSING CHAPTER 13 CASE AND TO REINSTATE CASE**

1. This Chapter 13 case was filed by the Debtors on June 14, 2018.

2. The Plan was confirmed on February 19, 2019.

3. On September 18, 2019, the Court dismissed the Petition due to the failure of the Debtors to pay the Trustee. (See Order attached as Exhibit "A")

4. However, on September 9, 2019, the attorney for the Debtors sent the Trustee a copy of a partial payment and asked if the Hearing of September 17, 2019 will be continued. The Trustee's office stated that the Hearing would be continued. (Exhibit "B")

5. The Debtors stand ready, willing and able to bring their arrearage up to date promptly upon reinstatement of their case.

6. The Debtors have paid $10,000.00 into the Plan which has 46 months to run before it is fully paid. (Exhibit "C")

WHEREFORE, the Movants respectfully request that this Court enter an Order striking the Order dated September 18, 2019 which dismissed the Chapter 13 Case, and reinstating the case.

/s/ Alan D. Budman
Alan D. Budman
Attorney for Movant
1150 Old York Road
Abington, PA  19001
215-884-1600