UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :        Chapter 13

    JOSE CANALES and                 :
    ALICIA CANALES                       :

               Debtors            :        Bky No.: 18-13975ELF

.

**WITHDRAWAL OF MOTION**

TO THE CLERK:

    Kindly mark the Motion For Reconsideration and to Reinstate Case as withdrawn.


                                                          /s/ Alan D. Budman
                                                          Alan D. Budman
                                                          Attorney for Debtors